628

■

198 So. 874

**Lewis (alias Gus) BROWN v. STATE.**

**6 Div. 567.**

Court of Appeals of Alabama.

Oct. 29, 1940.

Thos. S. Lawson, Atty. Gen., for the State.

SIMPSON, Judge.

Affirmed.

■

198 So. 874

**Lewis (alias Gus) BROWN v. STATE.**

**6 Div. 575.**

Court of Appeals of Alabama.

Oct. 29, 1940.

Thos. S. Lawson, Atty. Gen., for the State.

RICE, Judge.

Affirmed.

■

199 So. 907

**Lewis (alias Gus) BROWN v. STATE.**

**6 Div. 566.**

Court of Appeals of Alabama.

Nov. 26, 1940.

Thos. S. Lawson, Atty. Gen., for the State.

BRICKEN, Presiding Judge.

Affirmed.

■

198 So. 874

**Louis BROWN v. STATE.**

**6 Div. 568.**

Court of Appeals of Alabama.

Oct. 29, 1940.

Thos. S. Lawson, Atty. Gen., for the State.

RICE, Judge.

Affirmed.

■

195 So. 906

**Gray BROWNING v. STATE.**

**4 Div. 528.**

Court of Appeals of Alabama.

April 2, 1940.

Thos. S. Lawson, Atty. Gen., for the State.

RICE, Judge.

Appeal dismissed.

■

193 So. 884

**C. L. BRYANT v. CITY OF HOLLYWOOD.**

**8 Div. 958.**

Court of Appeals of Alabama.

Jan. 18, 1940.

PER CURIAM.

Appeal dismissed for want of prosecution.